EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Carlos A. Ortiz Morales | 2006 TSPR 90 <br><br> 168 DPR _____ |

Número del Caso: TS-4815

Fecha: 24 de mayo de 2006

Abogado de la Parte Peticionaria:

        Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                                          TS-4815

Carlos A. Ortiz Morales


                        RESOLUCION

        San Juan, Puerto Rico, a 24 de mayo de 2006.

              Atendida la "Moción Solicitando Reinstalación"
        presentada por el peticionario, se reinstala al
        señor Carlos A. Ortiz Morales al ejercicio de la
        abogacía.

              Notifíquese por telefax y por la vía
        ordinaria.

              Lo acordó el Tribunal y certifica la
        Secretaria del Tribunal Supremo. El Juez
        Presidente señor Hernández Denton y el Juez
        Asociado señor Fuster Berlingeri no intervinieron.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo